

# NUMBER 13-10-00645-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: SANDRA ANN BARRIENTES

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Relator, Sandra Ann Barrientes, filed a petition for writ of mandamus in the above cause on January 20, 2011, seeking to compel the trial court to issue a nunc pro tunc judgment granting her the additional time credit for time spent in the Substance Abuse Felony Punishment Facility. The Court requested and received a response to the petition for writ of mandamus from the real party in interest, the State of Texas, acting by and through the District Attorney in and for Nueces County, Texas. Relator has now filed an unopposed motion to dismiss this original proceeding because the trial court

has granted the requested relief and the petition for writ of mandamus has been rendered moot.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that relator has shown herself entitled to the relief sought. Accordingly, relator's motion to dismiss is GRANTED and the petition for writ of mandamus is DISMISSED as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish.
See Tex. R. App. P. 47.2(b).

Delivered and filed this
15th day of February, 2011.